ADP, Inc.
504 Clinton Center STE 4400
Clinton, MS 39056


Bank of America
PO Box 15311
Wilmington, DE-198505311


Bank of America
PO Box 15019
Wilmington, DE 19886-5019


Bank of America
101 N Tryon Street
Charolotte, NC 28255-0001


Bee Publications Inc.
5564 Main Street
Williamsville, NY 14221


Boulevard Produce
655 Young Street
Tonawanda, NY 14150


Brock, Schecter & Polakoff, LLP
726 Exchange Street 822
Buffalo, NY 14210


Buffalo Expert Service Technicians,
3003 Genesee St
Buffalo, NY 14225


C.A. Cutze Co.
NIFDA
PO Box 797
Erie, Pennsylvania 16512

C.H. Wright Distributing Corp.
3 Wright Avenue
PO Box 10
Leroy, NY 14482


Cabela's Club Visa
PO Box 82575
Lincoln, NE 68501-255


Chudy Paper Co., Inc.
930 Bailey Avenue
Buffalo, NY 14206


Citi Cards CBSDNA
PO Box 6500
C/O Citi Corp
Sioux Falls, SD-571176500


Citizens Bank
1 Citizen Drive
Riverside, RI-029153019


Clipper Magazine
3708 Hempland Road
PO Box 610
Mountville, PA 17554


Elroy D. Pawley
28 Minard Street
Lockport, NY 19094


Elroy D. Pawley
28 Minard Street
Lockport, NY 14094


Empire Merchants North
PO Box 1608
Kingston, NY 12401

Entertainment Publications LLC
Legal Department
1414 E. Maple Road, Suite 500
Troy, MI 48083-4019


Evans Bank
One Grimsby Drive
Hamburg, NY 14057


Household Bank
12447 SW 69th Ave
Attn: Dispute Processing
Tigard, OR-972238517


HSBC
PO Box 4212
Buffalo, NY 14240


HSBC
PO Box 4212
Buffalo, NY 14240-4212


HSBC Bank USA, N.A.
PO Box 37287
Baltimore, MD 21297-3278


HSBC Bank USA, N.A.
Commercial Loan Services
Suite 0002
Buffalo, NY 14270-0002


HSBC Mastercard
PO Box 17332
Baltimore, MD 21297-1332


Internal Revenue Service
PO Box 80110
Cincinnati, OH 45280-0010

M&T Bank
1100 Wehrle Drive-LL
Williamsville, NY 14221


Michigan Millers
1138 Elm Street
PO Box 179
Manchester, NH 03101-1514


Myers Accounting Service, Inc.
284 Young Street
Wilson, NY 14172


National Fuel Gas Distribution Corp
2875 Union Road, Suite 44
Cheektowaga, NY 14227


National Grid (Niagara Mohawk)
70 Jefferson Blvd 4th Floor
Warwick, RI 02888


Premium Vago Coffee Roasters
2510 Hamburg Turnpike
Lackawanna, NY 14218


Sears Mastercard
PO Box 6282
Sioux Falls, SD 57117-6282


Southern Wine & Spirits of Upstate
New York, Inc.
PO Box 4705
Syracuse, NY 13221-4705


Specialty Steak Service
1717 E. 12th Street
PO Box 797
Erie, PA 16512

Sysco Food Services of Syracuse
PO Box 80
Rte 173N
Warners, NY 13164-0080


Tarantino Foods, LLC
530 Bailey Avenue
Buffalo, NY 14206


The Buffalo News
PO Box 650
Buffalo, NY 14240


Thomas Faso
801 South Olive Avenue- Unit 1406
West Palm Beach, FL 33401


Travelers Indemnity Co.
300 Arboretum Place
PO Box 26446
Richmond, VA 23261-6446


Try-It Distributing Co., Inc.
4155 Walden Avenue
Lancaster,NY 14086-1512


Waste Management
10860 Olean Road
Chaffee, NY 14030


White Directory Publishers
61 John Muir
Amherst, NY 14228

# United States Bankruptcy Court

## Western District of New York

In re:

Case No. _____

Chapter **11**

D&D Concepts, Inc., d/b/a OldRedMill Inn

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Daniel J. Hanley**, declare under penalty of perjury that I am the **President** of **D&D Concepts, Inc., d/b/a OldRedMill Inn**, a New York Corporation and that on **01/20/2010** the following resolution was duly adopted by the **Daniel J. Hanley** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that *DANIEL J. HANLEY, PRESIDENT*, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that *DANIEL J. HANLEY, PRESIDENT*, of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that *DANIEL J. HANLEY, PRESIDENT*, of this Corporation, is authorized and directed to employ **Edward A. Pace, Esq.**, attorney and the law firm of **Law Office of Edward A. Pace, Esq.** to represent the Corporation in such bankruptcy case."

Executed on: _January 20, 2010_

Signed: _Daniel J Hanly, Pres_

Daniel J. Hanley

| United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**D&D Concepts, Inc., d/b/a OldRedMill Inn** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **8857** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**8326 Main Street**<br>**Williamsville NY**<br>ZIP CODE **14221** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☒ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**D&D Concepts, Inc., d/b/a OldRedMill Inn** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Daniel J. Hanley** | Case Number: | Date Filed:<br>**01/20/2010** |
| District:<br>**Western District** | Relationship:<br>**Sole Stock Holder** | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑   Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  **Not Applicable**<br>_____<br>Signature of Attorney for Debtor(s)           Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

❑   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

❑   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

❑   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

❑   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.

❑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

❑   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

❑   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

❑   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

❑   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | D&D Concepts, Inc., d/b/a OldRedMill Inn |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Debtor

X **Not Applicable**
_____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney | Signature of Non-Attorney Petition Preparer |
|---|---|

X  *E Pace*
_____
Signature of Attorney for Debtor(s)

**Edward A. Pace, Esq.  Bar No.**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Office of Edward A. Pace, Esq.**
_____
Firm Name

**4513 South Buffalo Street P.O. Box 639**
_____
Address

**Orchard Park, NY 14127**
_____

**716-662-9808**                          **716-662-9546**
_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| Signature of Debtor (Corporation/Partnership) | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Daniel J Hanly, President*
_____
Signature of Authorized Individual

*DANIEL J. HANLEY, President.*
_____
Printed Name of Authorized Individual

*PRESIDENT*
_____
Title of Authorized Individual

*1-20-10*
_____
Date

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NEW YORK

In re:  **D&D Concepts, Inc. d/b/a Old Red Mi**

Case No._____

Debtor

Chapter **11**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **5** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _**1-20-10**_____

Signed:_____, Pres.
D&D Concepts, Inc. d/b/a Old Red Mi

Signed:_____
**Edward A. Pace, Esq.**
Attorney for Debtor(s)
Bar no.:
**Law Office of Edward A. Pace, Esq.**
**4513 South Buffalo Street**
**P.O. Box 639**
**Orchard Park, NY 14127**
Telephone No.:  **716-662-9808**
Fax No.:  **716-662-9546**
E-mail address:  **edpace@edpacelaw.com**

**United States Bankruptcy Court**

**Western District of New York**

In re  D&D Concepts, Inc. d/b/a Old Red Mi _____ , Case No. _____

Debtor

Chapter  11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| C.H. Wright Distributing Corp.<br>3 Wright Avenue<br>PO Box 10<br>Leroy, NY 14482 | | | | $75.56 |
| Chudy Paper Co., Inc.<br>930 Bailey Avenue<br>Buffalo, NY 14206 | | | | $2,026.41 |
| Tarantino Foods, LLC<br>530 Bailey Avenue<br>Buffalo, NY 14206 | | | | $58.73 |
| White Directory Publishers<br>61 John Muir<br>Amherst, NY 14228 | | | | $496.35 |
| Waste Management<br>10860 Olean Road<br>Chaffee, NY 14030 | | | | $368.01 |
| National Fuel Gas Distribution Corp.<br>2875 Union Road, Suite 44<br>Cheektowaga, NY 14227 | | | | $7,772.75 |

B4 (Official Form 4) (12/07)4 -Cont.

In re <u>D&D Concepts, Inc. d/b/a Old Red Mi</u>                          ,   Case No. _____
                                Debtor                        Chapter   11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5) *Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Premium Vago Coffee Roasters<br>2510 Hamburg Turnpike<br>Lackawanna, NY 14218 | | | | $1,098.58 |
| Michigan Millers<br>1138 Elm Street<br>PO Box 179<br>Manchester, NH 03101-1514 | | | | $3,974.97 |
| Clipper Magazine<br>3708 Hempland Road<br>PO Box 610<br>Mountville, PA 17554 | | | | $1,065.50 |
| Buffalo Expert Service Technicians, Inc<br>3003 Genesee St<br>Buffalo, NY 14225 | | | | $315.43 |
| The Buffalo News<br>PO Box 650<br>Buffalo, NY 14240 | | | | $1,649.49 |
| Boulevard Produce<br>655 Young Street<br>Tonawanda, NY 14150 | | | | $2,346.89 |

B4 (Official Form 4) (12/07)4 -Cont.

In re <u>D&D Concepts, Inc. d/b/a Old Red Mi</u> , Case No. _____

Debtor        Chapter   <u>11</u>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Bee Publications Inc.<br>5564 Main Street<br>Williamsville, NY 14221 | | | | $39.00 |
| ADP, Inc.<br>504 Clinton Center STE 4400<br>Clinton, MS 39056 | | | | $300.00 |
| Travelers Indemnity Co.<br>300 Arboretum Place<br>PO Box 26446<br>Richmond, VA 23261-6446 | | | | $2,679.80 |
| Entertainment Publications LLC<br>Legal Department<br>1414 E. Maple Road, Suite 500<br>Troy, MI 48083-4019 | | | | $450.00 |
| Bank of America<br>101 N Tryon Street<br>Charolotte, NC 28255-0001 | | | | $95,781.10 |
| Thomas Faso | | | | $77,500.00 |

In re   D&D Concepts, Inc. d/b/a Old Red Mi_____ ,   Case No. _____

                                Debtor                               Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | | $50,000.00 |
| HSBC Bank USA, N.A.<br>PO Box 37287<br>Baltimore, MD 21297-3278 | | | | $45,254.87 |
| Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | | $39,500.00 |
| Sysco Food Services of Syracuse<br>PO Box 80<br>Rte 173N<br>Warners, NY 13164-0080 | | | | $34,477.74 |
| HSBC Bank USA, N.A.<br>Commercial Loan Services<br>Suite 0002<br>Buffalo, NY 14270-0002 | | | | $25,000.00 |
| Evans Bank<br>One Grimsby Drive<br>Hamburg, NY 14057 | | | | $20,000.00 |

In re <u>D&D Concepts, Inc. d/b/a Old Red Mi</u>      ,      Case No. _____
                          Debtor                              Chapter __11__

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | | $20,000.00 |
| Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | | $20,000.00 |
| Bank of America<br>PO Box 15311<br>Wilmington, DE-198505311 | | | | $19,377.00 |
| Citi Cards CBSDNA<br>PO Box 6500<br>C/O Citi Corp<br>Sioux Falls, SD-571176500 | | | | $18,073.00 |
| Specialty Steak Service<br>1717 E. 12th Street<br>PO Box 797<br>Erie, PA 16512 | | | | $13,796.40 |
| C.A. Cutze Co.<br>NIFDA<br>PO Box 797<br>Erie, Pennsylvania 16512 | | | | $13,246.33 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  <u>D&D Concepts, Inc. d/b/a Old Red Mi</u>         ,   Case No. _____

                                         Debtor             Chapter  <u>11</u>

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | | $12,000.00 |
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | | | | $11,474.51 |
| Sears Mastercard<br>PO Box 6282<br>Sioux Falls, SD 57117-6282 | | | | $8,410.50 |
| Cabela's Club Visa<br>PO Box 82575<br>Lincoln, NE 68501-255 | | | | $8,204.97 |
| M&T Bank<br>1100 Wehrle Drive-LL<br>Williamsville, NY 14221 | | | | $7,561.12 |
| HSBC<br>PO Box 4212<br>Buffalo, NY 14240-4212 | | | | $7,097.92 |

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

In re __D&D Concepts, Inc. d/b/a Old Red Mi_____     Case No. _____

Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  00056-437297 <br><br> ADP, Inc. <br> 504 Clinton Center STE 4400 <br> Clinton, MS 39056 | | | 11/06/2009 <br><br> Payroll service | | | | 300.00 |
| ACCOUNT NO.  74993971267692 <br><br> Bank of America <br> PO Box 15019 <br> Wilmington, DE 19886-5019 | | | 08/01/2003 <br><br> revolving credit | | | | 11,474.51 |
| ACCOUNT NO.  433993001812XXXX <br><br> Bank of America <br> PO Box 15311 <br> Wilmington, DE-198505311 | | | 12/01/1999 <br><br> Business revolving credit | | | | 19,377.00 |
| ACCOUNT NO.  5329062836138597 <br><br> Bank of America <br> PO Box 15019 <br> Wilmington, DE 19886-5019 | | | 08/2003 <br><br> revolving credit | | | | 2,253.27 |
| ACCOUNT NO.  68271021738599 <br><br> Bank of America <br> 101 N Tryon Street <br> Charolotte, NC 28255-0001 | | | 03/2009 <br><br> Business Line of Credit | | | | 95,781.10 |

9   Continuation sheets attached

Subtotal ➤ $ 129,185.88

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __D&D Concepts, Inc. d/b/a Old Red Mi_____   Case No. _____
                                      Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1602<br><br>Bee Publications Inc.<br>5564 Main Street<br>Williamsville, NY 14221 | | | 12/27/2009<br><br>Advertisement | | | | 39.00 |
| ACCOUNT NO.  410<br><br>Boulevard Produce<br>655 Young Street<br>Tonawanda, NY 14150 | | | 06/01/2008<br><br>Produce Supply | | | | 2,346.89 |
| ACCOUNT NO.  01884.A<br><br>Brock, Schecter & Polakoff, LLP<br>726 Exchange Street 822<br>Buffalo, NY 14210 | | | 08/01/2009 | | | | 3,349.68 |
| ACCOUNT NO.  633787<br><br>Buffalo Expert Service Technicians, Inc<br>3003 Genesee St<br>Buffalo, NY 14225 | | | 12/07/2009 | | | | 315.43 |
| ACCOUNT NO.  64097 and 62275<br><br>C.A. Cutze Co.<br>NIFDA<br>PO Box 797<br>Erie, Pennsylvania 16512 | | | 12/01/2009<br><br>food vendor services | | | | 13,246.33 |

Sheet no. _1_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▶  $              19,297.33

Total  ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __D&D Concepts, Inc. d/b/a Old Red Mi_____  Case No. _____
                                    Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9499<br><br>C.H. Wright Distributing Corp.<br>3 Wright Avenue<br>PO Box 10<br>Leroy, NY 14482 | | | 09/11/2009 | | | | 75.56 |
| ACCOUNT NO. 4300230019134107<br><br>Cabela's Club Visa<br>PO Box 82575<br>Lincoln, NE 68501-255 | | | 10/01/1990<br><br>revolving credit | | | | 8,204.97 |
| ACCOUNT NO. 336635<br><br>Chudy Paper Co., Inc.<br>930 Bailey Avenue<br>Buffalo, NY 14206 | | | 08/01/2008 | | | | 2,026.41 |
| ACCOUNT NO. 542418082749XXXX<br><br>Citi Cards CBSDNA<br>PO Box 6500<br>C/O Citi Corp<br>Sioux Falls, SD-571176500 | | | 05/01/1990<br><br>revolving credit | | | | 18,073.00 |
| ACCOUNT NO. 400277XXXX<br><br>Citizens Bank<br>1 Citizen Drive<br>Riverside, RI-029153019 | | | 01/2006<br><br>revolving credit | | | | 2,545.00 |

Sheet no. _2_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ▷ $                    30,924.94

Total ▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **D&D Concepts, Inc. d/b/a Old Red Mi**  Case No. _____
_____
Debtor  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 184923<br><br>Clipper Magazine<br>3708 Hempland Road<br>PO Box 610<br>Mountville, PA 17554 | | | 04/13/2009<br><br>Clipper Magazine | | | | 1,065.50 |
| ACCOUNT NO.<br><br>Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | 06/30/2009<br><br>business loan | | | | 20,000.00 |
| ACCOUNT NO. none<br><br>Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | 11/27/2007<br><br>loan | | | | 12,000.00 |
| ACCOUNT NO.<br><br>Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | 06/01/2009<br><br>business loan | | | | 50,000.00 |
| ACCOUNT NO.<br><br>Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 19094 | | | 07/03/2009<br><br>business loan | | | | 3,000.00 |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $  86,065.50

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    D&D Concepts, Inc. d/b/a Old Red Mi _____    Case No. _____
                                    Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | 12/15/2003<br><br>personal loan | | | | 39,500.00 |
| ACCOUNT NO.<br><br>Elroy D. Pawley<br>28 Minard Street<br>Lockport, NY 14094 | | | 02/18/2008<br><br>business loan | | | | 20,000.00 |
| ACCOUNT NO.    022624<br><br>Empire Merchants North<br>PO Box 1608<br>Kingston, NY 12401 | | | 11/20/2009<br><br>Wholesale Wine and Liquor | | | | 197.26 |
| ACCOUNT NO.    908891<br><br>Entertainment Publications LLC<br>Legal Department<br>1414 E. Maple Road, Suite 500<br>Troy, MI 48083-4019 | | | 05/20/2009<br><br>Advertisment | | | | 450.00 |
| ACCOUNT NO.    40100017961<br><br>Evans Bank<br>One Grimsby Drive<br>Hamburg, NY 14057 | | | 01/25/2008<br><br>Loan | | | | 20,000.00 |

Sheet no. _4_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        80,147.26

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **D&D Concepts, Inc. d/b/a Old Red Mi**                              Case No. _____
                                      Debtor                                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    549409698116XXXX<br><br>Household Bank<br>12447 SW 69th Ave<br>Attn: Dispute Processing<br>Tigard, OR-972238517 | | | 12/1999<br><br>Revolving Credit | | | | 5,859.00 |
| ACCOUNT NO.    0012517330<br><br>HSBC<br>PO Box 4212<br>Buffalo, NY 14240 | | | 08/01/2005<br><br>Installment Loan | | | | 5,329.94 |
| ACCOUNT NO.    0012575992<br><br>HSBC<br>PO Box 4212<br>Buffalo, NY 14240-4212 | | | 12/7/2007<br><br>Installment Loan | | | | 7,097.92 |
| ACCOUNT NO.    5474783704811402<br><br>HSBC Bank USA, N.A.<br>PO Box 37287<br>Baltimore, MD 21297-3278 | | | business revolving credit | | | | 45,254.87 |
| ACCOUNT NO.    01-3572453-8<br><br>HSBC Bank USA, N.A.<br>Commercial Loan Services<br>Suite 0002<br>Buffalo, NY 14270-0002 | | | 08/2005<br><br>Commercial Loan | | | | 25,000.00 |

Sheet no. _5_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $                                   88,541.73

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **D&D Concepts, Inc. d/b/a Old Red Mi**                          Case No. _____
                                                 Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5494096981163322 <br><br> HSBC Mastercard <br> PO Box 17332 <br> Baltimore, MD 21297-1332 | | | 04/01/2005 <br><br> revolving credit | | | | 5,552.66 |
| ACCOUNT NO.  516-0001569-001 <br><br> M&T Bank <br> 1100 Wehrle Drive-LL <br> Williamsville, NY 14221 | | | 4/2005 <br><br> **Business Line of Credit** | | | | 7,561.12 |
| ACCOUNT NO.  V65972-308014 <br><br> Michigan Millers <br> 1138 Elm Street <br> PO Box 179 <br> Manchester, NH 03101-1514 | | | 12/10/2009 | | | | 3,974.97 |
| ACCOUNT NO. <br><br> Myers Accounting Service, Inc. <br> 284 Young Street <br> Wilson, NY 14172 | | | 10/2009 <br><br> **Accounting Services** | | | | 3,824.98 |
| ACCOUNT NO.  3712299-01 <br><br> National Fuel Gas Distribution Corp. <br> 2875 Union Road, Suite 44 <br> Cheektowaga, NY 14227 | | | 12/01/2009 <br><br> **Gas Service** | | | | 7,772.75 |

Sheet no.  6 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $          28,686.48

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **D&D Concepts, Inc. d/b/a Old Red Mi** _____,     Case No. _____

                                    **Debtor**                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    3769961116 <br><br> **National Grid (Niagara Mohawk)** <br> **70 Jefferson Blvd 4th Floor** <br> **Warwick, RI 02888** | | | 02/08/2007 <br><br> Electricity | | | | 1,500.00 |
| ACCOUNT NO.    C01070 <br><br> **Premium Vago Coffee Roasters** <br> **2510 Hamburg Turnpike** <br> **Lackawanna, NY 14218** | | | 03/28/2009 <br><br> Coffee | | | | 1,098.58 |
| ACCOUNT NO.    5121070112968058 <br><br> **Sears Mastercard** <br> **PO Box 6282** <br> **Sioux Falls, SD 57117-6282** | | | 10/1990 <br><br> revolving credit | | | | 8,410.50 |
| ACCOUNT NO.    24941 <br><br> **Southern Wine & Spirits of Upstate** <br> **New York, Inc.** <br> **PO Box 4705** <br> **Syracuse, NY 13221-4705** | | | 07/31/2009 <br><br> Wholesale Wine and Liquor | | | | 3,681.07 |
| ACCOUNT NO.    516699 <br><br> **Specialty Steak Service** <br> **1717 E. 12th Street** <br> **PO Box 797** <br> **Erie, PA 16512** | | | 2009 <br><br> goods | | | | 13,796.40 |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                                                      Subtotal   &gt;   $               28,486.55

                                                           Total   &gt;   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **D&D Concepts, Inc. d/b/a Old Red Mi**                                    Case No. _____
_____                                                    (If known)
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    608927  Sysco Food Services of Syracuse PO Box 80 Rte 173N Warners, NY 13164-0080 | | | 04/23/2009  goods | | | | 34,477.74 |
| ACCOUNT NO.    36250  Tarantino Foods, LLC 530 Bailey Avenue Buffalo, NY 14206 | | | 03/26/2009  Food Vendor | | | | 58.73 |
| ACCOUNT NO.    143199  The Buffalo News PO Box 650 Buffalo, NY 14240 | | | 09/01/2009  Newspaper Advertisement | | | | 1,649.49 |
| ACCOUNT NO.  Thomas Faso | | | 07/2003  loan | | | | 77,500.00 |
| ACCOUNT NO.    745X4657-660  Travelers Indemnity Co. 300 Arboretum Place PO Box 26446 Richmond, VA 23261-6446 | | | 2009  Insurance | | | | 2,679.80 |

Sheet no.  8 of 9 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        116,365.76

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **D&D Concepts, Inc. d/b/a Old Red Mi**         Case No. _____

                     **Debtor**                                       **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    00210 <br><br> **Try-It Distributing Co., Inc.** <br> **4155 Walden Avenue** <br> **Lancaster,NY 14086-1512** | | | 09/01/2009 <br><br> goods | | | | 156.48 |
| ACCOUNT NO.    342-0065023-1342-9 <br><br> **Waste Management** <br> **10860 Olean Road** <br> **Chaffee, NY 14030** | | | 11/01/2009 <br><br> **Waste Removal Service** | | | | 368.01 |
| ACCOUNT NO.    012157 <br><br> **White Directory Publishers** <br> **61 John Muir** <br> **Amherst, NY 14228** | | | 2009 <br><br> **Advertisement** | | | | 496.35 |

Sheet no.  9  of  9  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                 Subtotal  ➤  $         **1,020.84**

                                                 Total  ➤  $       **608,722.27**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)